IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KATRINA LEVY**  **PLAINTIFF**

**VS.**  **CIVIL ACTION 3:07cv684TSL-JCS**

**VENTURE EXPRESS, INC.**  **DEFENDANT**

### RECUSAL ORDER

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding for the reason that the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, counsel for the defendant, is on the recusal list of the undersigned United States District Judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this   22nd   day of   January, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE